Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Tasha Paris Chalfant, SBN 207055
**Attorney At Law**
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephpone:  916.444.6100
Facsimile:  916.930.6093
Email:   tashachalfant@gmail.com

Attorneys for Defendant
BRADLEY REGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>BRADLEY REGER,<br><br>   Defendant. | Case No. 2:23-CR-00177-TLN<br><br>**EX PARTE APPLICATION TO SEAL RULE EXHIBITS AND ORDER** |

   PLEASE TAKE NOTICE that defendant Bradley Reger moves the Court for leave to file Exhibit C to his Motion to Compel Unredacted Discovery under seal.

   The protective order in this case, at Dkt. 20, requires all documents which contain victim/witness names or other identifying information to be filed under seal. Exhibit C and E contains victim/witness identifiers and, given the nature of the motion, cannot reasonably be redacted.

Opposing counsel will be served with copies of Exhibits C and E. Such service will occur via email.

There is good cause for this court to use its authority under Federal Rule of Criminal Procedure 49.1(d) to file Exhibits C and E under seal.

Dated: February 16, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By　　*/s/ Kresta Nora Daly*
　　　　　　　　　　　　　　　　　　　KRESTA NORA DALY
　　　　　　　　　　　　　　　　　　　TASHA PARIS CHALFANT
　　　　　　　　　　　　　　　　　　　Attorneys for Bradley Reger

**ORDER**

Good cause appearing, the Court hereby orders Exhibit C and E to Bradley Reger's Motion to Compel Unredacted Discovery sealed.

Dated: 02/20/24

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE