PHILLIP A. TALBERT
United States Attorney
CHRISTINA McCALL
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRADLEY EARL REGER,<br><br>  Defendant. | CASE NO. 2:23-CR-00177 TLN<br><br>ORDER TO SEAL DOCUMENT |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that Exhibit 1, as well as the government's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court further finds that there are no additional alternatives to sealing the unredacted version of the Government's Exhibit 1 and accompanying Request to Seal that would adequately protect the compelling interests identified by the government.

Dated: March 1, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE