PHILLIP A. TALBERT
United States Attorney
CHRISTINA McCALL
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00177-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO COMPEL WITNESS LIST; ORDER |
| v. | |
| BRADLEY EARL REGER, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion to compel the government to produce a witness list on December 18, 2024. Docket No. 72. On December 20, the Courtroom Deputy confirmed that this motion would be heard by the Chief District Judge, instead of a Magistrate Judge. Pursuant to Local Rule 430.1, the government's response would ordinarily be due a week after the motion's filing (minus holidays and court closure days), with any reply from the defendant due four days after the opposition brief.

2. Counsel for the government requests additional time to draft the government's response to the defendant's motion, especially in light of holidays and annual leave schedules. Counsel for the defendant does not oppose the government's request, and requests additional time to draft the reply brief.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before January 17, 2025;

    b) The defendant's optional reply to the government's response to be filed on or before January 23, 2025.

IT IS SO STIPULATED.

Dated:  December 30, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ CHRISTINA McCALL
_____
CHRISTINA McCALL
ROGER YANG
Assistant U.S. Attorneys

Dated:  December 30, 2024

/s/ KRESTA DALY
KRESTA DALY
Counsel for Defendant
BRADLEY EARL REGER

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion to compel the government to produce a witness list:

    a) The government's response to the defendant's motion, Docket No. 72, is due on or before January 17, 2025;

    b) The defendant's reply to the government's response, if any, is due on January 23, 2025.

IT IS SO FOUND AND ORDERED on this date January 2, 2025.

_____
Troy L. Nunley
Chief United States District Judge