TASHA PARIS CHALFANT, SBN 207055
TASHA PARIS CHALFANT LAW PC
13620 Lincoln Way, Suite 325
Auburn, California 95603
Telephone: (916) 444-6100
Fax: (916) 930-6093
E-Mail: tashachalfant@gmail.com

KRESTA NORA DALY, SBN 199689
BARTH DALY LLP
P.O. Box F
Winters, California 95696
Telephone: (916) 440-8600
Fax: (916) 440-9610
E-mail: kdaly@barth-daly.com

Attorneys for Defendant
BRADLEY EARL REGER

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY EARL REGER,<br><br>Defendant. | Case No.: 2:23-cr-0177 TLN<br><br>**WAIVER OF PERSONAL APPEARANCE; ORDER** |

 Pursuant to Fed.R.Crim.P. 43, BRADLEY EARL REGER, hereby waives the right to be personally present in open court for the hearing of any status conference, motion, or other proceeding in this case, including the setting of trial dates, except that he will agree to be personally present for any change of plea, sentencing, or jury trial, and he agrees to be personally present in Court when ordered to do so.

- 1 -

Defendant hereby requests the Court to proceed during his absence and agrees his interests will be deemed represented at all times by the presence of his attorneys, the same as if the defendant was personally present. The defendant further acknowledges he has been informed of his rights under Title 18 U.S.C §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorneys to set times and delays without his personal appearance.

Dated:  January 13, 2025            */s/Bradley Earl Reger*
                                    BRADLEY EARL REGER
                                    Defendant

Dated:  January 13, 2025            */s/Tasha Paris Chalfant*
                                    TASHA PARIS CHALFANT
                                    Attorney for Defendant

Dated:  January 13, 2025            */s/Kresta Nora Daly*
                                    KRESTA NORA DALY
                                    Attorney for Defendant

(Original Signatures on File at Attorney's Office)

**IT IS SO ORDERED.**

Dated: January 15, 2025

Troy L. Nunley
Chief United States District Judge