UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY EARL REGER,<br><br>Defendant, | No. 2:23-cr-0177 TLN<br><br>**ORDER** |

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds sealing Exhibits A and B to Defendant's Motion to Compel serves a compelling interest. Moreover, the Court finds that in absence of closure, the compelling interests identified by Defendant would be harmed and no alternatives to closure exist. Accordingly, IT IS HEREBY ORDERED that (1) the request to seal and (2) Exhibits A and B to Defendant's Motion to Compel shall be SEALED until further order of this Court.

IT IS SO ORDERED.

DATED: February 6, 2025

Troy L. Nunley
Chief United States District Judge

1