Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Tasha Paris Chalfant, SBN 207055
**Attorney At Law**
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephpone: 916.444.6100
Facsimile: 916.930.6093
Email: tashachalfant@gmail.com

Attorneys for Defendant
BRADLEY REGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-00177-DC |
| Plaintiff, | **EX PARTE APPLICATION TO SEAL DECLARATIONS OF COUNSEL REQUEST AND [PROPOSED] ORDER** |
| v. | |
| BRADLEY REGER, | |
| Defendant. | **FILED UNDER SEAL** |

PLEASE TAKE NOTICE that defendant Bradley Reger moves the Court for leave to file two declarations of counsel under seal. One declaration, described as Declaration 1 will be served on counsel for the government. A second declaration, described as Declaration 2, will **not** be served on counsel for the government.

The application is made upon the grounds that good cause exists to file the declarations under seal. Courts have found ex parte requests permissible. *U.S. v. Kravetz*, 709 F.3d 47, 53 (1st Cir. 2013). A defendant should be permitted to make an *ex parte* application where "identification of the

---

Ex Parte App to Seal Rule Declarations and [Proposed] Order   1   23-CR-0177-DC

source of evidence potentially imperils the source or integrity of evidence; or where notice of subpoena duces tecum would compromise defense counsel's trial strategy; or where a constitutional interest of a defendant is implicated." *U.S. v. Sellers*, 275 F.R.D. 620, 624-625 (D. Nev. 2011).

This Court has the authority to file documents under seal pursuant to Federal Rule of Criminal Procedure 49.1(d). Both declarations contain personal financial information of defense team members. Declaration 2 is protected by the attorney-client privilege and the work product privilege, including defense trial strategy. Failure to seal these declarations would impinge upon Mr. Reger's constitutional rights as well as the privacy rights of defense team members.

There is good cause for this court to use its authority under Federal Rule of Criminal Procedure 49.1(d) to file the declarations under seal.

Dated: September 3, 2025            Respectfully submitted,

By   */s/ Kresta Nora Daly*
     KRESTA NORA DALY
     TASHA PARIS CHALFANT
     Attorneys for Brad Reger

**ORDER**

The court, having received, read and considered the Defendant's *Ex Parte* Application to Seal and good cause appearing therefrom, GRANTS the *Ex Parte* Application. Accordingly, the Declarations in Support of the Defendant's Motion to Continue Trial shall be SEALED until further order of the court.

IT IS SO ORDERED.

Dated:   **September 4, 2025**    _____
Dena Coggins
United States District Judge