Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Tasha Paris Chalfant, SBN 207055
**Attorney At Law**
13620 Lincoln Way, Suite 325
Auburn, California 95603
Telephone: 916.444.6100
Facsimile: 916.930.6093
Email: tashachalfant@gmail.com

Attorneys for Defendant
BRADLEY REGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-00177-TLN |
| Plaintiff, | **EX PARTE APPLICATION TO SEAL EXHIBITS AND ORDER** |
| v. | |
| BRADLEY REGER, | |
| Defendant. | |

   PLEASE TAKE NOTICE that defendant Bradley Reger moves the Court for leave to file three exhibits under seal.  All exhibits will be served on opposing counsel.

   The application is made upon the grounds that good cause exists to file the exhibits under seal. Courts have found ex parte requests permissible. *U.S. v. Kravetz*, 709 F.3d 47, 53 (1st Cir. 2013).

---

This Court has the authority to file documents under seal pursuant to Federal Rule of Criminal Procedure 49.1(d). The exhibits contain personal identifiers of alleged victims in this case and are covered by a Protective Order, located at ECF 20.

There is good cause for this court to use its authority under Federal Rule of Criminal Procedure 49.1(d) to file the declarations under seal.

Dated: October 6, 2025                    Respectfully submitted,


By ____*/s/ Kresta Nora Daly*_____
     KRESTA NORA DALY
     TASHA PARIS CHALFANT
     Attorneys for Brad Reger

**ORDER**

Good cause appearing, the Court hereby orders Exhibits A, B and E to the Motion for A Bill of Particulars sealed.

Dated: October 6, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE