Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Tasha Paris Chalfant, SBN 207055
**Attorney At Law**
13620 Lincoln Way, Suite 325
Auburn, California 95603
Telephone: 916.444.6100
Facsimile: 916.930.6093
Email: tashachalfant@gmail.com

Attorneys for Defendant
BRADLEY REGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-00177-DC |
| Plaintiff, | **EX PARTE APPLICATION TO SEAL STATUS MEMORANDUM PART B AND [PROPOSED] ORDER** |
| v. | |
| BRADLEY REGER, | |
| Defendant. | |

PLEASE TAKE NOTICE that defendant Bradley Reger moves the Court for leave to file Status Memorandum Part B under seal. The documents will be served on counsel for the government.

The application is made upon the grounds that good cause exists to file the status memorandum under seal. Courts have found ex parte requests permissible. *U.S. v. Kravetz*, 709 F.3d 47, 53 (1st Cir. 2013).

1   This Court has the authority to file documents under seal pursuant to Federal Rule of
2   Criminal Procedure 49.1(d). The status memorandum contains Mr. Reger's confidential medical
3   information as well as information about where Mr. Reger is housed.  This is potentially a security
4   concern because the Marshals Service does not disclose where detainees are housed nor details about
5   potential moves.
6   There is good cause for this court to use its authority under Federal Rule of Criminal
7   Procedure 49.1(d) to file the declarations under seal.

Dated: October 27, 2025                    Respectfully submitted,


                                           By  */s/ Kresta Nora Daly*
                                               KRESTA NORA DALY
                                               TASHA PARIS CHALFANT
                                               Attorneys for Brad Reger

# ORDER

The court, having received, read and considered the defendant's *ex parte* application to seal filed on October 27, 2025, and good cause appearing therefrom, APPROVES the defendant's application. Accordingly, the defendant's status memorandum part B is sealed until further order of the court.

IT IS SO ORDERED.

Dated:   **November 3, 2025**                          _____
                                                                                  Dena Coggins
                                                                                  United States District Judge

---

Ex Parte App to Seal Exhibits and ~~[Proposed]~~ Order          1                                           23-CR-0177-DC