Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95696
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email:  kdaly@barth-daly.com

Tasha Paris Chalfant, SBN 207055
**Attorney At Law**
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:  916.444.6100
Facsimile:  916.930.6093
Email:  tashachalfant@gmail.com

Roger Yang
Jessica Delaney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>BRADLEY REGER,<br><br>   Defendant. | Case No. 2:23-CR-00177-DC<br><br>**JOINT ~~PROPOSED~~ SCHEDULING ORDER** |

On September 26, 2025, a status conference was held in the above-captioned case. At that time, the Court ordered the parties to submit a joint proposed

scheduling order by October 17, 2025.  ECF 119.  The parties have met and conferred.  The below represents their respective positions on various dates.

| Event | Defense Proposed Deadlines | Prosecution Proposed Deadlines |
|---|---|---|
| Trial | July 13, 2026 | July 13, 2026 |
| Pre-Trial Conference | June 5, 2026 | June 5, 2026 |
| **Discovery Deadlines** | | |
| Disclosure of all materials covered by the Jencks Act, Brady and Giglio | 60 days prior to trial[1] – May 14, 2026 | Brady materials on May 14, 2026, subject to the footnote. Jencks and Giglio due according to statutory and Constitutional obligations. |
| Expert Disclosures | April 14, 2026 | 90 days prior to trial – April 14, 2026 |
| Notices (404(b), residual hearsay, 902(11), 413/414) | April 14, 2026 | 90 days prior to trial – April 14, 2026 |
| **Motions** | | |
| All Rule 12 Motions | All Rule 12 motions due (opening) – March 20, 2026<br><br>One month after motions due (oppositions due) – April 20, 2026 | Suggest we litigate Rule 12 motions somewhat earlier so the parties know what we're |

---

[1] The United States will promptly produce Jencks, Brady and Giglio material generated or received after this date on a rolling basis.

- 2 -

|  | One month before motions hearing (reply briefs due) – May 20, 2026<br><br>5 weeks before trial (hearing) – June 5, 2026 | going to trial on well before trial documents begin coming due in April. Maybe in November / December? |
|---|---|---|
| **Pre-Trial Filings** |  |  |
| Government Witness List[2] | November 7, 2025 | April 14, 2026 |
| Government Exhibits | 60 days prior to trial the United States will provide the defense with electronic copies of non-physical exhibits – May 14, 2026<br><br>45 days prior to trial the defense shall file objections to Government Exhibits – May 29, 2026 | May 21, 2026 for the full binders and exhibits. Defense objections on May 29, 2026 seems achievable. |
| Government Exhibit List | December 5, 2025 | May 14, 2026 |
| Defense Witness List | April 20, 2026 | April 20, 2026 |
| Defense Exhibit List | April 20, 2026 | May 14, 2026 |
| Defense Exhibits | May 15, 2026 | May 21, 2026 |
| **Trial Related** |  |  |

---

[2] The Parties understand and agree each side may add and/or subtract witnesses as trial preparations progress.

| Motions In Limine | Filed – June 12, 2026 | May 22, 2026 |
| --- | --- | --- |
| | Oppositions – June 26, 2026 | Oppositions May 29, 2026, |
| | Replies – July 3, 2026 | Replies June 5, 2026. |
| Jury Instructions | June 26, 2026 | June 26, 2026 |
| Jury Verdict[s] | June 26, 2026 | June 26, 2026 |
| Jury Questionnaire | June 12, 2026 | June 12, 2026 |
| Trial Brief[s] | June 26, 2026 | June 26, 2026 |

Respectfully submitted.

October 17, 2026

/s Kresta Daly

Tasha Chalfant and Kresta Daly

Attorneys for Bradley Reger

- 4 -

# **ORDER**

The court, has received, read and considered the parties' joint proposed scheduling order filed on October 17, 2025. After consideration of the parties' positions, the court ORDERS the following schedule:

| Discovery Deadlines | |
|---|---|
| Disclosure of all materials covered by Brady | May 14, 2026<br><br>The United States shall promptly produce Brady material generated or received after this date on a rolling basis. |
| Disclosure of all materials covered by the Jencks Act and Giglio | May 14, 2026<br><br>The United States shall produce materials covered by the Jencks Act and Giglio as provided by statutory and Constitutional obligations. |
| Expert Disclosures | April 14, 2026 |
| Notices (404(b), residual hearsay, 902(11), 413/414) | April 14, 2026 |
| **Motions** | |
| All Rule 12 Motions | Rule 12 motions shall be filed by January 12, 2026, and be noticed for hearing on March 27, 2026, at 9:30 a.m in Courtroom 10 before the Honorable Dena M. Coggins, with Oppositions/Statements of Non-Opposition shall be filed by February 2, 2026, and Replies, if any, shall be filed by February 23, 2026. |
| Motions *In Limine* | Motions *in Limine* shall be filed by May 1, 2026, and noticed for hearing on June 5, 2026, at 9:30 a.m. in Courtroom 10 |

|  | before the Honorable Dena M. Coggins, with Oppositions/Statements of Non-Opposition shall be filed by May 15, 2026, and Replies, if any, shall be filed by May 22, 2026. |
|---|---|
| **Pre-Trial Filings** ||
| Witness Lists | With the understanding that each side may add and/or subtract witnesses as related to trial preparation, the Government shall file a Witness List no later than November 7, 2025.<br><br>The Defendant may file a Witness list no later than April 20, 2026. |
| Government Exhibits | The United States shall file an Exhibit List no later than December 5, 2025.<br><br>The United States will provide the Defendant with electronic copies of non-physical exhibits no later than May 14, 2026.<br><br>The United States will provide exhibit binders to the Defendant no later than May 21, 2026.<br><br>The Defendant shall raise any objections to the Government Exhibits no later than May 29, 2026. |
| Defense Exhibits | The Defendant may file an exhibit list no later than May 14, 2026. If the Defendant files an exhibit list, the Defendant's |

- 6 -

|  | exhibits shall be provided to the United States no later than May 21, 2026. |
|---|---|
| **Trial Related** ||
| Jury Instructions | June 26, 2026 |
| Jury Verdict[s] | June 26, 2026 |
| Trial Briefs | June 26, 2026 |
| Trial Confirmation Hearing | June 5, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. |
| Jury Trial | July 13, 2026 at 9:00 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. |

IT IS SO ORDERED.

Dated:  **November 18, 2025**

_____
Dena Coggins
United States District Judge