UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY EARL REGER,<br><br>Defendant. | No. 2:23-cr-00177-DC-1<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>(Doc. Nos. 147, 154) |

On January 12, 2026, Defendant filed a notice of request to file under seal Exhibits A, B, and E to Defendant's motion to suppress evidence obtained from a search warrant. (Doc. Nos. 146, 147.) Exhibits A and E are search warrants, while Exhibit B is a grant deed. (*Id.*) On January 25, 2026, Defendant filed an ex parte application to seal the same documents. (Doc. No. 154.)

As for the Defendant's request to seal Exhibits A and E to Defendant's motion to suppress, the court finds good cause to seal these documents as required by applicable law and Defendant's request will be granted. Exhibit B, however, is a grant deed. Grant deeds are matters of public record, and thus the court finds no basis upon which to grant the request to seal. *See No Casino In Plymouth v. Nat'l Indian Gaming Comm'n*, No. 2:18-cv-01398-TLN-CKD, 2022 WL 1489498, at *7 (E.D. Cal. May 11, 2022), *aff'd*, No. 22-15756, 2023 WL 4646113 (9th Cir. July 20, 2023) (taking judicial notice of grant deed because grant deeds are matters of public record).

1

Accordingly,

1.    Defendant's request to file Exhibits A and E to Defendant's motion to suppress (Doc. No. 146) under seal (Doc. No. 147) is GRANTED;

2.    Defendant's request to file Exhibit B to Defendant's motion to suppress (Doc. No. 146) under seal (Doc. No. 147) is DENIED;

3.    Defendant is directed to file Exhibit B to Defendant's motion to suppress (Doc. No. 146) on the docket by no later than 5:00 PM on February 20, 2026; and

4.    This order resolves Defendant's request to seal (Doc. No. 147) and ex parte application to seal exhibits (Doc. No. 154).


IT IS SO ORDERED.

Dated:    **February 17, 2026**

_____
Dena Coggins
United States District Judge

2