UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY EARL REGER,<br><br>Defendant. | No. 2:23-cr-00177-DC-1<br><br>ORDER DIRECTING DEFENDANT TO FILE A STATUS REPORT REGARDING DEFENDANT'S PHYSICAL CONDITION |

This matter came before the court for a status conference on February 20, 2026, to address a declaration filed by defense counsel on February 12, 2026, expressing doubt as to Defendant's physical competency to assist in the preparation of his defense and stand trial. (Doc. No. 173.) However, that declaration did not provide medical records or other documentation from the medical service providers at the facility where Defendant is being housed or other medical professionals attesting to Defendant's current physical condition. Defense counsel represented at that conference that they have been unable to obtain Defendant's medical records, nor speak to the medical service providers at the facility, despite their best efforts and despite Defendant signing release forms to authorize disclosure of his records to his counsel. Defense counsel also confirmed that their communications with Defendant have been through telephone calls. They have not visited Defendant at the facility, though it is not clear whether defense counsel have sought to visit him in person or have been informed that such a visit would not be permitted by

1

the facility. Defense counsel also expressed at the conference that outside medical professionals might not be permitted to evaluate Defendant in person because they do not have hospital privileges at that facility, though it is unclear whether defense counsel has attempted to obtain permission for an outside medical professional to access the facility for the purpose of evaluating Defendant's physical condition.

Accordingly, the court hereby orders defense counsel to file a status report regarding Defendant's current physical condition, including providing as exhibits Defendant's recent medical records documenting his current treatment and medical conditions, and any physical limitations resulting from those conditions. In that report, defense counsel shall also detail their efforts to obtain such medical records, including attaching copies of the release forms Defendant signed to authorize disclosure of his medical records to his counsel. Defense counsel shall also provide clarity regarding whether they have attempted to visit Defendant at the facility, and whether they have sought permission from the facility for an outside medical professional to evaluate Defendant's physical condition and the facility's response to such inquiry.

Defense counsel shall file a status report as set forth herein by no later than **March 26, 2026**.[1]

IT IS SO ORDERED.

Dated:    **February 20, 2026**

_____
Dena Coggins
United States District Judge

---

[1] This order is intended to aid defense counsel's efforts to obtain the supporting documents necessary to demonstrate good cause for a trial continuance and/or establish the factual basis to support a motion requesting the court appoint experts to evaluate Defendant's physical competency to stand trial. As the court indicated at the status conference, the legal basis for such a motion has not been established, so this order shall not be construed as the court expressing a view that such a motion would be granted if supported by additional evidence.

2