Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95696
Telephone: (916) 440-8600
Email:  kdaly@barth-daly.com

Tasha Paris Chalfant, SBN 207055
**Attorney At Law**
13620 Lincoln Way, Suite 325
Auburn, CA 95603
Telephone:  916.444.6100
Email:  tashachalfant@gmail.com


Attorneys for Defendant

BRADLEY EARL REGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | Case No. 2:23-CR-00177-DC |
|---|---|
| Plaintiff, | ~~**PROPOSED**~~ **ORDER** |
| v. | |
| BRADLEY REGER, | |
| Defendant. | |

//

//

//

//

PROPOSED ORDER - DEFENDANT'S MOTION FOR    1
CONFIDENTIAL VISITS

2:23-cr-00177-DC

## ~~Proposed~~ Order

Good cause appearing, Core Civic, its agents and employees are hereby ordered to:

1. Permit any member of the Reger Defense Team, specifically including Tasha Chalfant, Kresta Daly, Kristin Hansen, Frank Huntington, and Christi McGowan, to have fully confidential, in-person visits with Bradley Reger.

2. Fully confidential means meetings will be held with the door to Bradley Reger's room closed. There will no monitoring or recording equipment of any kind in the room other than those devices which are medically necessary and placed there by medical staff.

3. The Reger Defense Team will schedule such meetings in advance.

4. Core Civic, its agents and employees, will ensure both of Bradley Reger's hands are free of restraints during Reger Defense Team visits.

Dated: April 14, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

BARTH DALY LLP
Attorneys At Law

PROPOSED ORDER - DEFENDANT'S MOTION FOR   2
CONFIDENTIAL VISITS

2:23-cr-00177-DC