TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICE OF TASHA PARIS CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Phone:  (916) 444-6100
Fax:  (916) 930-6093
E-mail:  tashachalfant@gmail.com

KRESTA NORA DALY (SBN 199689)
BARTH DALY LLP
P.O. Box F
Winters, California 95694
Phone:  (916) 440-8600
Fax:  (916) 440-9610
E-mail: kdaly@barth-daly.com

Attorneys for Defendant
BRADLEY EARL REGER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | No. 2:23-cr-0177 TLN |
| Plaintiff, | ) ) ) | STIPULATION AND ~~PROPOSED~~ ORDER RE CONFIDENTIAL VISITS |
| v. | ) ) ) | |
| BRADLEY EARL REGER, | ) ) ) | |
| Defendant. | ) ) ) | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Jessica Delaney and Roger Yang, and the Defendant, Bradley Earl Reger, by and through his counsel of record Tasha Paris Chalfant and Kresta Nora Daly, hereby stipulate and request that the Court make the following findings and Order as follows:

1.    On April 9, 2026 Judge Alison Claire ruled the defense team was entitled to confidential visits with their client who is currently housed out of state.  Judge Claire further ruled that both of Bradley Reger's hands [but not his leg] had to be

STIPULATION AND [PROPOSED] ORDER RE CONFIDENTIAL VISITS

1

unshackled during defense team confidential visits. Dkt. 213

2. After that order was issued the defense secured funding for an expert to evaluate Mr. Reger. That expert, Dr. Ira Ehrlich, will evaluate Mr. Reger for his physical competency.

3. The parties hereby stipulate that Dr. Ehrlich will be able to interview/evaluate Mr. Reger under the same terms of the order at Dkt. 213. Namely Dr. Ehrlich will have fully confidential, in-person visits with Bradley Reger. Fully confidential means meetings will be held with the door to Bradley Reger's room closed. There will no monitoring or recording equipment of any kind in the room other than those devices which are medically necessary and placed there by medical staff.

4. The Reger Defense Team, including Dr. Ehrlich, will schedule such meetings in advance.

5. Core Civic, its agents and employees, will ensure both of Bradley Reger's hands are free of restraints during Reger Defense Team, including Dr. Ehrlich's, visits.

//

//

//

//

//

//

//

//

//

IT IS SO STIPULATED.

Dated: April 14, 2026                              by:        /s/Tasha Chalfant for

STIPULATION AND [PROPOSED] ORDER RE CONFIDENTIAL VISITS

Roger Yang and Jessica Delaney
Assistant U.S. Attorneys
Attorney for Plaintiff

Dated:  March 14, 2025                    by:    */s/Tasha Chalfant*
TASHA CHALFANT
Attorney for Defendant
BRADLEY EARL REGER

Dated:  March 14, 2025                    by:    */s/Tasha Chalfant for*
KRESTA NORA DALY
Attorney for Defendant
BRADLEY EARL REGER

STIPULATION AND [PROPOSED] ORDER RE CONFIDENTIAL VISITS

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom orders:

1. Dr. Ehrlich will be able to interview/evaluate Mr. Reger under the same terms of the order at Dkt. 213. Namely, Dr. Ehrlich will have fully confidential, in-person visits with Bradley Reger. Fully confidential means meetings will be held with the door to Bradley Reger's room closed. There will no monitoring or recording equipment of any kind in the room other than those devices which are medically necessary and placed there by medical staff.

2. The Reger Defense Team, including Dr. Ehrlich, will schedule such meetings in advance.

3. Core Civic, its agents and employees, will ensure both of Bradley Reger's hands are free of restraints during Reger Defense Team, including Dr. Ehrlich's, visits.

IT IS SO FOUND AND ORDERED this 15th day of April, 2026.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE