ERIC GRANT
United States Attorney
JESSICA DELANEY
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:23-CR-177 DC |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE MOTIONS HEARING |
| v. | |
| BRADLEY REGER, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      On February 12, 2026, Defendant filed a declaration of doubt as to defendant's physical competency.  A hearing was held on February 20, 2026.  Following that hearing, the Court ordered defense counsel to file a status report no later than March 26, 2026, with medical records and additional information. ECF 183. The Court noted that its order was to assist defense counsel to obtain documents to demonstrate good cause for a trial continuance or to support a motion addressing physical competency. *Id.*

2.      On March 10, 2026, Defendant filed a motion to continue the trial.   ECF 192.

3.      On March 16, 2026, defense counsel filed a status update as ordered by the Court.  ECF 201.

4.    On March 18, 2026, the Court found that there was insufficient evidence to make a determination as to whether good cause exists to continue the trial.  However, the Court continued the hearing to provide time for defense counsel to supplement the evidence.  The Court, on its own motion, vacated the March 27, 2026, hearing on the motion to continue and all pending motions and reset the motion hearing to April 17, 2026.  ECF 203.

5.    On April 10, 2026, in preparation for the motions hearing, the Court inquired as to whether defense counsel intended to submit additional medical evidence.  That same day, defense counsel notified the Court and the government that they had recently received funding authorization for an expert who would provide additional evidence in support of the physical competency request (and thus the motion to continue).

6.    As noted in the April 10, 2026, email, defense counsel requested and received funding to authorize a medical professional to serve as an expert and to examine defendant.  That request was fully approved on April 6, 2026.

7.    Defense counsel anticipates that the expert can conduct a physical examination and prepare a report no later than May 8, 2026, which can be submitted to the court.

8.    In light of a desire for judicial efficiency, the parties jointly move to continue the hearing on the motion to continue and to further address Defendant's physical competency from April 17, 2026, to May 22, 2026.

IT IS SO STIPULATED.

Dated:  April 14, 2026

ERIC GRANT
United States Attorney

/s/ JESSICA DELANEY
JESSICA DELANEY
ROGER YANG
Assistant United States Attorneys

STIPULATION CONTINUING HEARING ON MOTION TO
CONTINUE

2

Dated:  April 14, 2026

/s/ KRESTA DALY

KRESTA DALY
TASHA CHALFANT
(authorized by email on April 14, 2026)
Counsel for Defendant
BRADLEY REGER

## ORDER

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation to continue motion hearing filed on April 14, 2026 (Doc. No. 214), and good cause appearing therefrom, APPROVES the parties' stipulation.

Accordingly, the Motion Hearing as to Defendant's Motion to Continue Trial (Doc. No. 192) set for April 17, 2026, is VACATED and RESET for May 22, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. Any briefing the parties want the court to consider in connection with the Motion to Continue Trial shall be submitted no later than 12:00 PM (Noon) on May 14, 2026. The computation of time within which the trial of this case must be commenced continues to be excluded through May 22, 2026, inclusive, under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(1)(D) [Local Code E], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS FURTHER ORDERED, that on the court's own motion and in the interest of judicial economy, the hearing as to Defendant's Motions filed at Doc. Nos. 144, 146, 148, 150 and 152 set for April 17, 2026, is VACATED and RESET for May 22, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated:    **April 15, 2026**

_____
Dena Coggins
United States District Judge

STIPULATION CONTINUING HEARING ON MOTION TO CONTINUE

4