ERIC GRANT
United States Attorney
JESSICA DELANEY
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:23-CR-00177 DC |
| Plaintiff, | STIPULATION REGARDING PRETRIAL SCHEDULING ORDER; ORDER |
| v. | |
| BRADLEY REGER, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      On November 19, 2025, the Court issued a pretrial scheduling order in the case. That order set deadlines for various pretrial filings. ECF 136.

2.      On January 12, 2026, in compliance with the pretrial scheduling order, defense counsel filed Rule 12 motions.  The original scheduling order set the hearing on the Rule 12 motions for March 27, 2026.

3.      Since November 19, 2025, additional, previously unforeseen, issues have arisen in the case, particularly concerning the defendant's health.  On February 12, 2026, Defendant filed a declaration of doubt as to defendant's physical competency.  A hearing was held on February 20, 2026. Following that hearing, the Court ordered defense counsel to file a status report no later than March 26,

STIPULATION REGARDING PRETRIAL SCHEDULING
ORDER; ORDER

1

2026, with medical records and additional information.  ECF 183. The Court noted that its order was to assist defense counsel to obtain documents to demonstrate good cause for a trial continuance or to support a motion addressing physical competency.  *Id.*

4.     On March 10, 2026, Defendant filed a motion to continue the trial, due in part to complications with his health.  The parties anticipate that a hearing on the motion will be held on May 22, 2026.

5.     Several filing deadlines in the previously filed scheduling order include deadlines occurring between May 1, 2026, and the hearing on the motion to continue, to be set for May 22, 2026.  The parties jointly request the following amendments to the pretrial scheduling order to move those deadlines to a date after the motions hearing, to allow the parties and the Court sufficient time to adjust based upon the newly developed issues.  If the trial is continued at or following the May 22, 2026, hearing, the parties anticipate meeting and conferring to submit a new proposed pretrial scheduling order.

6.     By this stipulation, the parties jointly move for the following amended dates.  Any dates not addressed in the table below are to remain as set by the Court's previous scheduling order with the exception of the hearing currently set for April 17, 2026, on the pending Rule 12 motions.  The defense seeks to have that date moved until after the Court rules on the pending motion regarding Mr. Reger's physical competency and motion to continue the trial.  The Government wishes to argue those motions on April 17, 2026.

| Jencks and Giglio Material | Disclosure of all materials covered by the Jencks Act and Giglio shall be produced no later than June 14, 2026 |
|---|---|
| Motions in Limine | Motions in Limine shall be filed by June 1, 2026 and noticed for a hearing on June 26, 2026 |
| Witness List | The Defendant may fil a witness list no later than June 1, 2026 |
| Government Exhibits | The United States shall provide the Defendant with electronic copies of non-physical exhibits no later than June 14, 2026 The United States will provide exhibit binders to the Defendant no later than June 21, 2026 The Defendant shall raise any objections to the Government Exhibits no later than June 29, 2026 |

IT IS SO STIPULATED.

STIPULATION REGARDING PRETRIAL SCHEDULING ORDER; ORDER

3

Dated:  April 14, 2026

ERIC GRANT
United States Attorney


/s/ JESSICA DELANEY
JESSICA DELANEY
ROGER YANG
Assistant United States Attorneys


Dated:  April 14, 2026

/s/ KRESTA DALY
KRESTA DALY
TASHA CHALFANT
(authorized to file by email on April 14, 2026)
Counsel for Defendant
BRADLEY REGER

STIPULATION REGARDING PRETRIAL SCHEDULING ORDER; ORDER

4

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on April 14, 2026 (Doc. 215), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Scheduling Order is MODIFIED as follows:

| | |
|---|---|
| Jencks and Giglio Material | Disclosure of all materials covered by the Jencks Act and Giglio shall be produced no later than June 14, 2026. |
| Motions in Limine | Motions *in Limine* shall be filed by June 1, 2026, and noticed for a hearing on June 24, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.  (The parties' requested date of June 26, 2026 is unavailable.) |
| Witness List | The Defendant may file a witness list no later than June 1, 2026. |
| Government Exhibits | The United States shall provide the Defendant with electronic copies of non-physical exhibits no later than June 14, 2026.

The United States will provide exhibit binders to the Defendant no later than June 21, 2026.

The Defendant shall raise any objections to the Government Exhibits no later than June 29, 2026. |

IT IS SO ORDERED.

Dated:    **April 28, 2026**

_____
Dena Coggins
United States District Judge

STIPULATION REGARDING PRETRIAL SCHEDULING
ORDER; ORDER

5