ERIC GRANT
United States Attorney
JESSICA DELANEY
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:23-CR-177 DC |
| Plaintiff, | SECOND STIPULATION REGARDING PRETRIAL SCHEDULING ORDER |
| v. | |
| BRADLEY REGER, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.       On May 22, 2026, the Court held a motions hearing regarding Defendant's motion to continue and declaration of doubt as to Defendant's physical competence to stand trial.  ECF 226.  After hearing argument from the parties, the Court granted Defendant's motion to continue the trial, vacated the trial schedule, and reset trial for October 13, 2026.  The Court also set a trial confirmation hearing for September 4, 2026, a status conference for August 14, 2026, and a motion hearing for Jul 1, 2026.  *Id.*  The Court further directed the parties to file a stipulation and proposed order to address the other dates requiring rescheduling.

2.       By this stipulation, the parties jointly move for the following amended dates.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

| Jencks and Giglio Material | Disclosure of all existing materials covered by the Jencks Act and Giglio shall be produced no later than August 14, 2026, except that the government may continue to produce newly created Jencks Act, Giglio, and Brady materials in accordance with its ethical obligations. |
|---|---|
| Motions in Limine | Motions in Limine shall be filed by July 31, 2026, and noticed for a hearing on September 4, 2026. Opposition briefs shall be due no later than August 14, 2026.  Reply briefs are due no later than August 21. |
| Witness List | The Defendant may file a witness list no later than September 21, 2026.<br>The Government shall file its witness list no later than September 21, 2026. |

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

| Government Exhibits | The United States shall provide the Defendant with electronic copies of non-physical exhibits no later than August 1, 2026. |
| --- | --- |
|  | The United States will file its exhibit list and provide exhibit binders to the Defendant no later than September 21, 2026. |
|  | The Defendant shall raise any objections to the Government Exhibits no later than August 21, 2026. |
| Jury Instructions | September 29, 2026 |
| Verdict Sheet | September 29, 2026 |
| Proposed Voir Dire | September 29, 2026 |
| Trial Brief(s) | September 29, 2026 |

IT IS SO STIPULATED.


Dated:  June 4, 2026

ERIC GRANT
United States Attorney


/s/ JESSICA DELANEY
JESSICA DELANEY
ROGER YANG

Assistant United States Attorneys

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3

Dated:  June 4, 2026

/s/ KRESTA DALY
KRESTA DALY
TASHA CHALFANT
Counsel for Defendant
BRADLEY REGER

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties'

stipulation filed on June 4, 2026 (Doc. No. 229), and good cause appearing therefrom, APPROVES the

parties' stipulation.  Accordingly, the Scheduling Order is MODIFIED as follows:

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

| Jencks and Giglio Material | Disclosure of all existing materials covered by the Jencks Act and Giglio shall be produced no later than August 14, 2026, except that the government may continue to produce newly created Jencks Act, Giglio, and Brady materials in accordance with its ethical obligations. |
|---|---|
| Motions in Limine | Motions in Limine shall be filed by July 31, 2026, and noticed for a hearing on September 4, 2026. Opposition briefs shall be due no later than August 14, 2026.  Reply briefs are due no later than August 21. |
| Witness List | The Defendant may file a witness list no later than September 21, 2026.<br>The Government shall file its witness list no later than September 21, 2026. |

| Government Exhibits | The United States shall provide the Defendant with electronic copies of non-physical exhibits no later than August 1, 2026. |
| --- | --- |
| | The United States will file its exhibit list and provide exhibit binders to the Defendant no later than September 21, 2026. |
| | The Defendant shall raise any objections to the Government Exhibits no later than August 21, 2026. |
| Jury Instructions | September 29, 2026 |
| Verdict Sheet | September 29, 2026 |
| Proposed Voir Dire | September 29, 2026 |
| Trial Brief(s) | September 29, 2026 |

IT IS SO ORDERED.

Dated:   **June 10, 2026**   

_____
Dena Coggins
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

7