ERIC GRANT
United States Attorney
JESSICA DELANEY
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRADLEY REGER,<br>Defendant. | CASE NO. 2:23-CR-00177-DC<br><br>[~~PROPOSED~~] ORDER AUTHORIZING EARLY DISCLOSURE OF GRAND JURY INFORMATION FOR DISCOVERY PURPOSES |

Upon application of the United States of America and pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i):

IT IS HEREBY ORDERED that the United States is authorized to provide early disclosure of grand jury transcripts related to this case to defendant prior to the time required under the Jencks Act, 18 U.S.C. § 3500.

IT IS SO ORDERED.

Dated: **August 6, 2026**

Dena Coggins
United States District Judge