Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Tasha Paris Chalfant, SBN 207055
**Attorney At Law**
13620 Lincoln Way, Suite 325
Auburn, California 95603
Telephone: 916.444.6100
Facsimile: 916.930.6093
Email: tashachalfant@gmail.com

Attorneys for Defendant
BRADLEY REGER

BARTH DALY LLP
Attorneys At Law

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRADLEY REGER,<br>Defendant. | Case No. 2:23-CR-00177-DC<br><br>**EX PARTE APPLICATION TO SEAL EXHIBIT 1 TO DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE RE WITNESS PHYSICAL ACCOMODATION; ORDER** |

PLEASE TAKE NOTICE that defendant Bradley Reger moves the Court for leave to file Exhibit 1 to his Opposition to Government's Motion in Limine Re Witness Physical Accommodation. The documents will be served on counsel for the government.

The application is made upon the grounds that good cause exists to file the status memorandum under seal. Courts have found ex parte requests permissible. *U.S. v. Kravetz*, 709 F.3d 47, 53 (1st Cir. 2013).

This Court has the authority to file documents under seal pursuant to Federal Rule of Criminal Procedure 49.1(d). The exhibit contains discovery covered by the protective order in this case; it is a photo/screenshot of a complaining witness in this case.

There is good cause for this court to use its authority under Federal Rule of Criminal Procedure 49.1(d) to file the declarations under seal.

Dated: August 14, 2026 Respectfully submitted,

By *_/s/ Kresta Nora Daly_*
KRESTA NORA DALY
TASHA PARIS CHALFANT
Attorneys for Brad Reger

BARTH DALY LLP
Attorneys At Law

**ORDER**

Good cause appearing, the court hereby GRANTS the Defendant's Application to Seal submitted in connection with Notice filed on August 14, 2026 (Doc. 278) and ORDERS Exhibit 1 to Defendant's Opposition to Government Motion *in Limine* Re Witness Physical Accommodation (Doc. 277) sealed until further order of the court.

IT IS SO ORDERED.

Dated: **August 31, 2026**

Dena Coggins
United States District Judge

BARTH DALY LLP
Attorneys At Law