Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Tasha Paris Chalfant, SBN 207055
**Attorney At Law**
13620 Lincoln Way, Suite 325
Auburn, California 95603
Telephone: 916.444.6100
Facsimile: 916.930.6093
Email: tashachalfant@gmail.com

Attorneys for Defendant
BRADLEY REGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRADLEY REGER,<br>Defendant. | Case No. 2:23-CR-00177-DC<br>**STIPULATION AND ORDER RESETTING DATES** |

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorneys Roger Yang and Jessica Delaney, and the Defendant, Bradley Earl Reger, by and through his counsel of record Tasha Paris Chalfant and Kresta Nora Daly, hereby stipulate and request that the Court make the following Orders as follows:

1. On September 24, 2026 defense counsel filed a redacted status report. Dkt. 332. Defense counsel contemporaneously filed an unredacted status report, which the defense has requested that the Court order sealed. The defense served a copy of the unredacted

BARTH DALY LLP
Attorneys At Law

BARTH DALY LLP
Attorneys At Law

status report on counsel for the government. The unredacted status report sets forth Mr. Reger's current medical status.

2. Trial in this matter is currently set to begin on October 13, 2026. The parties agree that in light of the update provided in the September 24, 2026 Status Memorandum, the defense requests a two-week continuance, and the government does not oppose a two-week continuance.

3. The defense requests that the current trial date be continued to October 26, 2026, and the government does not oppose the request. The parties agree to exclude time under Local Codes M, N, and T4 between October 13, 2026 and October 26, 2026.

4. The defense expressly reserves the right to argue for a longer continuance based on Mr. Reger's health.

5. The government expressly reserves the right to oppose any request for a further continuance.

6. As is more fully outlined in the sealed Status Memorandum dated September 24, 2026, the defense believes it will take at least two weeks [from September 24, 2026] to obtain the medical records. The defense is making every effort to obtain the records sooner. The parties further request this Court set a status hearing on October 9, 2026 to further address any supplemental information from defense counsel.

7. The parties further request the court modify the current deadlines. Any filings due on September 29, 2026 are now due on October 13, 2026.

Dated: September 25, 2026 Respectfully submitted,

By *<u>/s/ Kresta Nora Daly</u>*
KRESTA NORA DALY
TASHA PARIS CHALFANT
Attorneys for Brad Reger

Dated: September 25, 2026

ERIC GRANT

United States Attorney

*/s/ Jessica Delaney*

JESSICA DELANEY
ROGER YANG

Assistant United States Attorneys

BARTH DALY LLP
Attorneys At Law

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on September 25, 2026 (Doc. No. 334), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, a Status Conference is SET for October 9, 2026 at 9:30 a.m.; the Jury Trial set for October 13, 2026, is VACATED and RESET for October 26, 2026, at 9:00 a.m.; and any filings due on September 29, 2026 are now due on October 13, 2026. All hearings will be held in Courtroom 10 before the Honorable Dena M. Coggins. The time period between October 13, 2026 and October 26, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), (h)(3)(A)(B), and (h)(4) [Local Codes T4, M, and N], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: **September 28, 2026**

Dena Coggins
United States District Judge

BARTH DALY LLP
Attorneys At Law