Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Tasha Paris Chalfant, SBN 207055
**Attorney At Law**
13620 Lincoln Way, Suite 325
Auburn, California 95603
Telephone: 916.444.6100
Facsimile: 916.930.6093
Email: tashachalfant@gmail.com

Attorneys for Defendant
BRADLEY REGER

BARTH DALY LLP
Attorneys At Law

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRADLEY REGER,<br>Defendant. | Case No. 2:23-CR-00177-DC<br>**ORDER GRANTING EX PARTE APPLICATION TO SEAL STATUS MEMORANDUM DATED SEPTEMBER 24, 2026** |

IT IS HEREBY ORDERED, the court, having received, read and considered the Defendant's Request to Seal filed on September 24, 2026 (Doc. No. 333), and good cause appearing therefrom, GRANTS the Defendant's request. Accordingly, the Defendant's Redacted Status Memorandum filed on September 24, 2026 (Doc. No. 332) is APPROVED as filed, with the unredacted version to be filed under seal until further order of the court.

IT IS SO ORDERED.

Dated: **September 25, 2026**

Dena Coggins
United States District Judge