ERIC GRANT
United States Attorney
JESSICA DELANEY
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRADLEY REGER,<br>Defendant. | CASE NO. 2:23-CR-177 DC<br><br>STIPULATION REGARDING PRETRIAL SCHEDULING ORDER; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On October 16, 2026, the Court vacated the trial date and reset trial to begin on February 1, 2027. ECF 355. The Court also ordered the parties to meet and confer regarding adjusting the filing dates for the remaining pretrial filings.

2. By previous order, deadlines for motions in limine and the government exhibit and witness lists were previously set. Those filings have all been submitted to the Court. *See* ECF 294.

3. By previous order, the following filings were due October 19, 2026: trial briefs, statement of the case, proposed jury instructions, proposed verdict form, proposed voir dire questions. *See* ECF 294; ECF 343.

4. The parties jointly move to change the deadlines for those filings to January 19, 2027,

approximately two weeks before the trial date. The parties further jointly move to change the deadline for defense objections to the government's exhibit list to January 19, 2027.

IT IS SO STIPULATED.

Dated: October 19, 2026

ERIC GRANT
United States Attorney

/s/ JESSICA DELANEY
JESSICA DELANEY
ROGER YANG
Assistant United States Attorneys

Dated: October 19, 2026

/s/ TASHA CHALFANT
TASHA CHALFANT
KRESTA DALY
Counsel for Defendant
BRADLEY REGER

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on October 19, 2026 (Doc. No. 356), and good cause appearing therefrom, APPROVES the parties' stipulation *as modified*. Accordingly, the deadline for filing trial briefs, a statement of the case, *proposed* jury instructions, *proposed* verdict form, *proposed voir dire* questions and Defendant's objections to the Governments Exhibit List shall be filed no later than January 4, 2027.

IT IS SO ORDERED.

Dated: **October 23, 2026**

Dena Coggins
United States District Judge