ERIC GRANT
United States Attorney
ROGER YANG
JESSICA DELANEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY REGER,<br><br>Defendant. | CASE NO. 2:23-CR-00177-DC<br><br>STIPULATION AND ORDER RE: IDENTIFICATION OF VICTIMS<br><br>DATE: October 26, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Dena Coggins |

1. By this stipulation, Defendant, by and through counsel, and the United States, by and through counsel, agree and stipulate to the following procedure for identification of individuals the government has previously identified as victims during trial, and request that the Court adopt the proposed procedure as to all individuals previously identified by the government as victims in the case:

2. Individuals will be referred to by first name only. When necessary for identification purposes, the first initial of their last name may also be used.

3. All exhibits shall be redacted to list no more than the individuals' first name and the first initial of the last name.

4. The ages of some individuals are relevant to criminal counts charged in the superseding indictment, and accordingly some birthdates are necessarily relevant and material to the prosecution. When listing individuals' birthdates, only the month and the year shall be used.

5. The parties agree and concur that all individuals are, as of the first day of trial, over the

age of 18.

6. The parties agree and concur that the Court has authority to direct concealment of identities of individuals or to allow a case to proceed by way of pseudonym, or to authorize other means to protect the privacy of individuals identified by the government as victims.

7. The parties agree and concur that it would not be practicable in a case of this complexity to have lay witnesses use anonymizers in the course of their testimony.

IT IS SO STIPULATED.

Dated: October 7, 2026

ERIC GRANT
United States Attorney

/s/ JESSICA DELANEY
JESSICA DELANEY
ROGER YANG
Assistant United States Attorneys

Dated: October 7, 2026

/s/ KRESTA DALY
KRESTA DALY
TASHA CHALFANT
Counsel for Defendant
BRADLEY REGER

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on OCTOBER 7, 2026 (Doc. No. 344), and good cause appearing therefrom, APPROVES the parties' stipulation as to the procedure for identification, during trial, of individuals the government has previously identified as victims. Accordingly, these individuals will be referred to during trial by first name only; when necessary for identification purposes, the first initial of their last name may also be used; all exhibits shall be redacted to list no more than the individual's first name and the first initial of their last name; and birthdates necessarily relevant and material to the prosecution shall be listed by the month and year only.

IT IS SO ORDERED.

Dated: **November 13, 2026**

Dena Coggins
United States District Judge